23

## PIECHOCKI v. WARNER

Ohio Appeals, 3rd Dist., Henry County

No. 148.   Decided Nov. 21, 1924

182. **BROKERS—In cases of dual agency it is a question for the jury to decide whether the agent has made complete disclosure of all material circumstances before he is entitled to commission.**
HUGHES, J.

### Epitomized Opinion

Published only in Ohio Law Abstract

Action in Henry Common Pleas upon note. Defense that note was given in payment of real estate commission in which Piechocki acted as agent for both parties without disclosing the fact that the other party was to pay him a commission also. The trial court charged the jury that if Piechocki did not disclose

to the defendant that the other party had agreed to pay him a commission, then Piechocki could not recover. In reversing the judgment the appeals court held:

1. The judge infringed upon the province of the jury, as it should determine whether there has been sufficient disclosure of the material facts by the agent.

Attorneys—Ragan & Ragan, Edgar M. Flowers for Piechocki; Reiger & Meekison for Warner, all of Napoleon.